# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

DAVID A. YOUNG
and JOHANA M. GRIGGS,

    Plaintiffs,

v.                              Case No.: 3:13cv344/MCR/EMT

PNC FINANCIAL SERVICES GROUP
INC., SERVICER, Representing out of Business
Original Lender; FEDERAL HOME LOAN
MORTGAGE CORP., TRUSTEE, for
MULTICLASS SERIES 3051, 2005, TRUST, all
JOHN & JANE DOES 1-1,000, et. al.,

    Defendants.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated June 13, 2013. (Doc. 9). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Plaintiffs' motion for remand (doc. 5) is **DENIED**.

    3.    Defendants' motion for extension of time to respond to the complaint (doc.

6) is **GRANTED**. Defendants' answer to the complaint is due on or before **JULY 12, 2013**.[1]

**DONE AND ORDERED** this 15th day of July, 2013.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] The court notes that although this deadline has now passed, the defendants have timely filed a response in accordance with the Report and Recommendation.

Case No.: 3:13cv344/MCR/EMT